1
2
3
4
5
6
7
8           **IN THE UNITED STATES DISTRICT COURT**
9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11 LELAND ANTHONY NEYER, et al.,     No. CIV S-08-0241-JAM-CMK
12          Plaintiffs,
13     vs.            ORDER
14 UNITED STATES DEPARTMENT
OF THE TREASURY, et al.,
15
16        Defendants.
17 _____/

18       Plaintiffs, who are proceeding pro se, bring this action for injunctive relief.

19 Pending before the court is plaintiffs' request for a 60-day extension of time (Doc. 10) to file a

20 response to defendants' motion to dismiss, currently set for hearing before the undersigned on

21 May 21, 2008, at 10:00 a.m., in Redding, California.  Plaintiffs' response was due by May 7,

22 2008.  Good cause appearing therefor, plaintiffs' request will be granted.  Plaintiffs' response to

23 defendants' motion will be due by July 7, 2008.  The hearing set for May 21, 2008, will be

24 vacated and the matter will be submitted on the papers.  See E.D. Cal. Local Rule 78-230(h).

25 / / /

26 / / /

1    A review of the docket reflects that this case is also set for an initial scheduling

2 conference on July 16, 2008, at 10:00 a.m., before the undersigned in Redding, California.  That

3 hearing is also vacated pending resolution of defendants' motion to dismiss.

4    Accordingly, IT IS HEREBY ORDERED that:

5    1.    Plaintiffs' request for an extension of time (Doc. 10) is granted;

6    2.    Plaintiffs' response to defendants' motion to dismiss is due by July 7,

7 2008;

8    3.    The hearing set for May 21, 2008, at 10:00 a.m. is vacated; and

9    4.    The scheduling conference set for July 16, 2008, at 10:00 a.m. is vacated.

10

11
  DATED:  May 16, 2008

12

13                              CRAIG M. KELLISON
                                UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26