IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LELAND ANTHONY NEYER, et al.,             No. CIV S-08-0241-JAM-CMK

       Plaintiffs,

   vs.                                                      ORDER

MARK E. DYSON, et al.,

       Defendants.

_____/

       Plaintiffs, who are proceeding pro se, bring this civil action. Pending before the court is the motion to dismiss filed by defendants Gamble, Jones, Dyson, and Hall. The matter is set for hearing on October 8, 2008, at 10:00 a.m., before the undersigned in Redding, California. Plaintiffs have not filed an opposition to the motion. Pursuant to Eastern District of California Local Rule 78-230(h), the hearing on defendants' unopposed motion is hereby taken off calendar and the matter is submitted on the record and briefs.

       IT IS SO ORDERED.

DATED: October 3, 2008

                                       _____
                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE