IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND ANTHONY NEYER, et al., | No. CIV S-08-0241-JAM-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| MARK E. DYSON, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiffs, who are proceeding pro se, bring this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On October 7, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed. The court has also reviewed plaintiffs' opposition, filed on October 6, 2008.[1]

///

///

---

[1] The opposition was filed after the findings and recommendations were signed but before they were entered on the court's docket.

1

1	In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2	304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire
3	file, the court finds the findings and recommendations to be supported by the record and by
4	proper analysis.
5	Accordingly, IT IS HEREBY ORDERED that:
6	1.	The findings and recommendations filed October 7, 2008, are adopted in
7	full;
8	2.	The federal defendants' motion to dismiss (Doc. 20) is granted;
9	3.	This action is dismissed; and
10	4.	The Clerk of the Court is directed to enter judgment and close this file.
11	DATED: January 13, 2009

		/s/ John A. Mendez
		UNITED STATES DISTRICT JUDGE